IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN M. SHUBERT, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO. 09-3365 |
| v. | |
| MANHEIM AUCTIONS, INC., *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this _____ day of February, 2010, upon consideration of plaintiff's motion to remand (docket no. 12), defendants' response thereto, and plaintiff's supplemental memorandum in support thereof, **IT IS HEREBY ORDERED** that:

(1) the motion to remand is **GRANTED**;

(2) the above-captioned action is **REMANDED** to the Court of Common Pleas of Montgomery County, Pennsylvania; and

(3) plaintiff's request for an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c) is **DENIED**.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge
